**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STACIA SMITH,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **RC OPERATOR, LLC, doing business as** | **NO.  15-3055** |
| **"WILLOW TERRACE,"** | |
| **Defendant.** | |

**O R D E R**

**AND NOW**, this 6th day of July, 2018, upon consideration of Defendant RC Operator's

Motion for Summary Judgment (Document No. 47, filed July 6, 2017), Plaintiff's Response in

Opposition to Defendant's Motion for Summary Judgment (Document No. 48, filed August 3,

2017), Defendant's Reply Memorandum of Law in Further Support of Defendant RC Operator's

Motion for Summary Judgment (Document No. 52, filed August 28, 2017), for the reasons set

forth in the accompanying Memorandum, dated July 6, 2018, **IT IS ORDERED** that Defendant

RC Operator's Motion for Summary Judgment is **GRANTED**.  **JUDGMENT IS ENTERED** in

**FAVOR** of defendant, RC Operator, LLC, d/b/a "Willow Terrace," and **AGAINST** plaintiff,

Stacia Smith.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.


**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**
_____
     **DuBOIS, JAN E., J.**